JS-6

Richard C. Ochoa (SBN 145998)
Alfred Shaumyan (SBN 266908)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

Attorneys for Defendant
JPMorgan Chase Bank, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank (erroneously sued as JP Morgan Chase)

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASENCION RODRIGUEZ<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK; BANK OF AMERICA NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION TRUSTEE FOR WAMU 2006-AR9; and DOES 1-50, inclusive<br><br>Defendant | Case No. 2:11-cv-07909-CAS-(PJWx)<br><br>**JUDGMENT**<br><br><br>Complaint Filed: August 18, 2011.<br>Trial Date: None set. |

886213\0327235

JUDGMENT

JUDGMENT

WHEREAS, on February 13, 2012, the Court entered an order GRANTING the Motion to Dismiss of Defendant, JPMorgan Chase Bank, N.A. as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank (erroneously sued as JP Morgan Chase), to the First Amended Complaint of Plaintiff, Asencion Rodriguez ("Plaintiff"), with prejudice;

JUDGMENT IS HEREBY ENTERED DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE. Each side shall bear its own attorneys' fees and costs.

Dated: March 7, 2012

Honorable Christina A. Snyder
UNITED STATES DISTRICT JUDGE